IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ERIN W. HALL, <br> CHRISTOPHER L. HALL, <br>         *Plaintiffs,* <br><br> v. <br><br> ELMER LASSITER, <br> PARKERS TRANSPORT SERVICES, INC., <br> ANTHONY HARVEY, <br> DENNIS EARL HAWKINS (D.B.A. HEAVY D'S TRUCKING), <br><br>         *Defendants.* | 3:16-CV-00061 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' motions to dismiss (dkts. 3, 11, 17). For the reasons stated in the accompanying Memorandum Opinion, Defendants' motions to dismiss are hereby **DENIED**. It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this ___23rd___ day of November, 2016.

                        /s/ Norman K. Moon
                        NORMAN K. MOON
                        UNITED STATES DISTRICT JUDGE